## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:21-cv-21541-GAYLES/Torres

PRECIS GROUP, LLC,

                Plaintiff,

v.

TRACFONE WIRELESS, INC.

              Defendants.

### <u>NOTICE OF FILING</u>

COMES NOW Plaintiff, PRECIS GROUP, LLC, by and through its undersigned attorneys, and hereby gives notice of filing Exhibits 1 through 4 in support of Plaintiff's Opposition to Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(B)(6) (D.E. 91).

Respectfully submitted July 30, 2021.

/s/ *Brian R. Gilchrist*
Brian R. Gilchrist, Esq., FL Bar #774065
Email: bgilchrist@allendyer.com
**ALLEN, DYER, DOPPELT + GILCHRIST, PA**
255 South Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone:    (407) 841-2330
Facsimile:    (407) 841-2343

Robert H. Thornburg, FL Bar #630829
Email: rthornburg@allendyer.com
**ALLEN, DYER, DOPPELT + GILCHRIST, PA**
1221 Brickell Ave., Suite 2400
Miami, Florida 33131
Telephone:    (305) 374-8303
Facsimile:    (305) 374-8306

Neal G. Massand, Texas Bar No. 24039038
*Admitted Pro Hac Vice*
Email: nmassand@nilawfirm.com
Stevenson Moore V, Texas Bar No. 24076573
*Admitted Pro Hac Vice*
Email: smoore@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

ATTORNEYS FOR PLAINTIFF
Precis Group LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2021, I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic Filing to the CM/ECF participants identified on the following Service List:

*/s/Brian R. Gilchrist*
Brian R. Gilchrist, FL Bar #774065

## SERVICE LIST

Aaron Stenzler Weiss, Esq.
Email: aweiss@carltonfields.com
**CARLTON FIELDS, PA**
100 S.E. 2nd Street, Ste. 4200
Miami, FL 33131-9101
Telephone:  305-530-0050

Neal Massand, Esq.
Email:  nmassand@nilawfirm.com
Stevenson Moore, V, Esq.
Email:  smoore@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
814o Walnut Hill Lane, Suite 500
Dallas, TX  75231
Telephone:  972-331-4600

Ethan Horwitz, Esq.
Email: ehorwitz@carltonfields.com
*Admitted Pro Hac Vice*
**CARLTON FIELDS, PA**
405 Lexington Avenue, 29th Floor
New York, NY 10174-0002
Telephone: 212-785-2577